ALEX G. TSE, CSBN 152348
Acting United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA LEE SIMMS,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case no. 4:18-cv-05034-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

    IT IS HEREBY STIPULATED, by and between plaintiff Veronica Lee Simms (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, and with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    On remand, the Appeals Council will vacate the dismissal of Plaintiff's request for review of the Commissioner's denial of her application for benefits and reevaluate whether she established good cause for the untimely filing of her request for review. The Appeals Council shall consider all relevant evidence submitted by Plaintiff to the Appeals Council in determining whether good cause for late filing

exists.  If the Appeals Council determines that Plaintiff has established good cause, the Appeals Council will consider Plaintiff's request for review on the merits.

    The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: November 13, 2018     BAY AREA LEGAL AID

By:    */s/ Deep Kaur Jodhka\**
        DEEP KAUR JODHKA
        Attorneys for Plaintiff
        [*As authorized by email on Nov. 8, 2018]

Dated: November 13, 2018     ALEX G. TSE
                                         Acting United States Attorney

By:    */s/ Margaret Branick-Abilla*
        MARGARET BRANICK-ABILLA
        Special Assistant United States Attorney
        Attorneys for Defendant

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The clerk is directed to enter judgment, remand the case to the Appeals Council and close the case.

Dated: __12/13/2018__

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge